# United States Court of Appeals
## For the First Circuit

No. 07-1511

UNITED STATES,

Appellee,

v.

JOSE A. PERAZZA-MERCADO,

Appellant.

**ERRATA SHEET**

The opinion of this Court issued on January 21, 2009 is amended as follows:

On p. 37, line 7 of footnote 24:  "enter" should be inserted between "shall not" and "any location."